41 A.3d 816

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen PERSON, Petitioner.**

**No. 85 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 3, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** This matter is **REMANDED** to the trial court with the direction that within 45 days of this order, new counsel be appointed to represent Petitioner. New counsel shall file a Petition for Allowance of Appeal within 45 days of appointment.